United States District Court
Southern District of Texas
**ENTERED**
September 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LAWRENCE SCOTT, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-225 |
| MS GALVESTON, LLC, | § § § | |
| Defendant. | § § | |

# ORDER

On September 25, 2023, the plaintiff filed a notice of voluntary dismissal as to its claims against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 8.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 26th day of September, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE